# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARON ROLLINS,<br><br>   Plaintiff,<br><br>   v.<br><br>WACKENHUT SERVICES, *et al.*,<br><br>   Defendants. | Civil Action No. 10-00047 (BAH) |

## ORDER

Upon consideration of the motion to dismiss of Defendant Wackenhut Services, Inc., ECF No. 15, the motions for judgment on the pleadings of Defendants Bristol-Myers Squibb Company and Otsuka America Pharmaceutical, Inc., ECF Nos. 12 and 16, the related legal memoranda, the applicable law, and the entire record herein, it is hereby

**ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss and the motions for judgment on the pleadings are GRANTED.

**SO ORDERED**.


DATED: August 10, 2011

                    /s/ *Beryl A. Howell*
                     BERYL A. HOWELL
                     United States District Judge